

**U.S. Department of Justice**

*Eastern District of California*
*United States Attorney*

McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100                                916/554-2700

Sacramento, California  95814                             Fax 916/554-2900
                                                          TTY 916/554-2855


December 12, 2005

Honorable Kimberly J. Mueller
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Hassan Mohammed Ali Hallak
         Magistrate # 94-237-JFM
         <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Mueller:

    There was filed before U. S. Magistrate Judge John F. Moulds, on August 29, 1994, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the Sacramento District Attorney's Office has dismissed the local charges against Hassan Mohammed Ali Hallak.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                        Very truly yours,

                        McGREGOR W. SCOTT
                        United States Attorney

                        By <u>/S/ THOMAS E. FLYNN</u>
                           THOMAS E. FLYNN
                        Assistant U.S. Attorney

IT IS SO ORDERED:

DATED:  December 13, 2005.

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE